### CINCINNATI SCHOOL DISTRICT (BD. OF ED.) v. OAKLEY SPEC. SCH. DIST. No. 11 (BD. OF ED.).

LANING R. L. 6604 (R. S. 4022a), PROVIDING FOR ATTENDANCE OF CHILDREN IN CERTAIN DISTRICTS AT NEAREST SCHOOL, UNCONSTITUTIONAL.

Laning R. L. 6604 (R. S. 4022a), which provides for the attendance of children in certain districts at the nearest school, confers a privilege on certain children of school age and not upon others similarly situated, and is therefore in contravention of Sec. 26, Art. 2 of the Ohio constitution.

ERROR to Hamilton common pleas court.

**A. H. Morrill,** for plaintiff in error.

**Ireton, Collins, Schoenle & Poor,** for defendant in error.

**PER CURIAM.**

Under Lan. R. L. 6604 (R. S. 4022a), all children of school age throughout the state who reside further than one and one-half miles from the school where they have a legal residence under the school laws of Ohio, are permitted to attend the nearest subdistrict or joint subdistrict school; or the grades below the high school in special and village district schools; and if under twelve years of age, are permitted to attend the schools under the control of boards of education of city districts of the first class.

By its operation and effect this section excludes such children from any school in a city district of the second class; and if they are over twelve years of age from any school in a city district of the first class, although such school is nearest to their legal residence. It confers a privilege upon a portion of the children of school age who reside further than one and one-half miles from the school where they have a legal residence, and not upon others, although similarly situated. It does not have universal operation as to all children in the same condition or category, and therefore contravenes Sec. 26, Art. 2 of the constitution, which provides:

"All laws, of a general nature, shall have a uniform operation throughout the state." *State* v. *Spellmire,* 67 Ohio St. 77 [65 N. E. Rep. 619].

Judgment reversed.